1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12

CELIA GOMEZ-SCHROEDER,

Plaintiff,

13

v.

14

AMERICAN FIDELITY
ASSURANCE COMPANY; and
DOES 1 through 10, inclusive,

15
16

Defendants.

17
18
19

Case No. CV 23-757-DMG (Ex)

**ORDER APPROVING
STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ENTIRE
ACTION AGAINST ALL PARTIES
[29]**

20
21      Based on the parties' stipulation [Doc. # 29], IT IS HEREBY ORDERED
22   that above-captioned action is dismissed in its entirety with prejudice as to all
23   parties.  The parties shall bear their own respective attorneys' fees and costs.
24
25   DATED:  July 7, 2023      _____
                              DOLLY M. GEE
26                            UNITED STATES DISTRICT JUDGE
27
28

- 1 -